Appendix A

Frank D. Hokes / Vickey Barrows - Program Administrators
1060 Hwy 190 East, Huntsville, Tx 77340

r Access to Courts                          Wayne Scott Unit

2405 Ave. I, Suite J              6999 Retrieve Rd

Huntsville, Tx 77340              Angleton, Tx 77515

                                 (979) 849 - 9306

In mate Trust Fund              Warden D. Muniz

Texas Department of Criminal Justice    Law Librarian R. Grays

P.O. Box 60

Huntsville, Tx 77342-0060

Michael Dean Perry TDCJ No. 1838827

# Texas Department of Criminal Justice

Exhibit #1

# STEP 1    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Offender: _____ |

Offender Name: Michael Perry    TDCJ # 1838827

Unit: Wayne Scott    Housing Assignment: B3-9B

Unit where incident occurred: Wayne Scott

(28 U.S.C. 2254) Time Tolling (AEOPA)

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Law Librarian R. Grays, C/O Hall, Capt. Price, Corr. Williams    When? 6/8/2016

What was their response? You should have went to Commissary again on 6/8/2016 we will not mail your legal mail!

What action was taken? You are Not Indigent go to Commissary. Denied Access to Courts Retaliation 1st Amend

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Once I arrived in the Unit Law Library for my scheduled session on 6/9/2016 I was again subjected to harassment and intimidation by both C/O Cynthia Hall and Law Librarian Ruthie Grays involving the Filing of my Writ of Habeas Corpus Art 11.07 and 2254 and the required Filing Fee of $5.00. First of all, C/O Hall calls me into the office where she began to berate and admonish me about an I-60 I wrote on 6/3/2016 that was Written about the Filing Fee and in forma pauperis forms before I had Money in my inmate Trust Fund Account. C/O Hall never did process my IFP form or ever provide me the IFP forms, I in fact brought my own. Nevertheless, R. Grays and C/O Hall tell me that I should have went to Commissary on 6/8/2016 because that was B3 which turn to go again! Well, I did try to make Commissary on 6/8/2016 and Williams ran me off! telling me again that she was only doing stock-outs and that she scanned my ID Card on 6/4/2016, and that counted as a spend! After again speaking with R. Grays she told me that she spoke with the Major and he said that I should have made Store on 6/8/2016 and purchased Stamps in order to File my own Writs! To No avail! As according to Law Librarian R. Grays; I never did get to speak to the Major or the Warden Muniz because they refused to speak to me! I did speak with Capt. Price and he went into his office and Called R. Grays and she said the Same thing I said, I assume, because that's what the Captain told me! The Captain also said he Called the Commissary Manager and she told him that since she scanned my Card on 6/7/2016, that I couldn't go on 6/8/2016 and that's why she wouldn't let me make a New spend! Which doesn't make any sense! Does this mean I don't get to make a second spend like everybody else at Wayne Scott Unit just ~~because~~ ████████ scanned my Card on 6/4/2016? We are Scheduled to make a Second spend on 6/13/2016 Unless, of course,

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Please Return me!

Appendix F

You people have changed that too. Like you do everything else at this Unit. You people have still not provided me with a Commissary print out receipt that proves I made a spend! You are Mandated by TDCJ Policy to permit me to make commissary at least every two (2) weeks. Not every 30 days. I haven't been to commissary and made a spend since 8/5/11/2016 That's over a month now! Who's going to provide me with Hygiene, Postage stamps, writing supplies? I don't have any Soap, Toothpaste, deodorant! Who's going to provide me with those basic necessities? Don't forget the Postage Stamps, writing paper, envelopes etc etc. A bug of Coffee and some Mint shakes would be nice too. I didn't get a Lay in for the Law Library on 6/11/2016 Clo Hapli refused to Lay me in or give me I-60 request Forms. I will Mail this to the courts!

**Action Requested to resolve your Complaint:** Let me make Commissary Right Now! Cease and Desist Retaliation for filing redress of grievances and challenging the conditions of my confinement. Access to court BP-03.81

**Offender Signature:** Micah Perry   **Date:** 6/12/2016

**Grievance Response:** Resubmitted on to wit: 6/14/2016 — To Huntsville, Tx Truck Mail

To wit: I was refused commissary again on 6/13/2016!
And Again No Law Library Layin! (6/11/2016)

**Signature Authority:** _____   **Date:** _____
If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. * -
☐ 8. The issue presented is not grievable.
☑ 9. Redundant, Refer to grievance # 2016157838
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**
Initial Submission   UGI Initials:
Grievance #: 2016159638
Screening Criteria Used: #9
Date Recd from Offender: _____
Date Returned to Offender: _____
2nd Submission   UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____
3rd Submission   UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)                                    Appendix F

Appendix C

Executive Director                    Access to Courts BP-03.81
Brad Livingston                       Writ of Habeas Corpus No. 42,139-A-W-1
Assistant Region Director             Mandamus WR-62,970-06
Matt Gross

                    Complaint Affidavit

I, Michael Dean Perry TDCJ No. 1838827 am over the age of 18 years, of sound mind, capable of making this Affidavit, and I am personally acquainted with the facts stated herein;

Mr. Livingston Sir, obviously writing complaint letters and/or Affidavits to the Office of Professional Standards and Access to Courts-Huntsville, Frank O. Hoke and Vickie Barrow, 1060 Hwy 190 East Huntsville, Tx 77340 will not correct the problem! See the complaint Affidavits I filed on October 20th, 2014 to Frank Hoke and subsequent Affidavit filed on May 26, 2015 to Vickie Barrow! Its true that I've been transferred twice now and find myself stranded at the Wayne Scott Unit, 6999 Retrieve Rd, Angleton, Tx 77515 However, the denial of Access to Courts continues unimpeded! Yes, I filed the required Step 1 grievance and as a result I'm being harassed and retaliated against! CIO Hall berates me every time I come to the Law Library! That's when I can get a lay-in! CIO Woodard is also harassing me! I've been denied my right to go to Commissary since May 11, 2016! For an entire week I tried to mail my 28 U.S.C. §2254 federal writ of Habeas Corpus to the federal Court, but Law Librarian R. Grays and CIO C. Hall impeded that process! As of June 3, 2016 I was in fact indigent, I had the right to use the prison indigent mailing procedures!

                              1.

But I was denied that priviledge! After a couple of days of stress and arguing with R. Grays and CO Hall, They finally produced a box to mail my Appeal to the Courts! At this point its not clear if they actually mailed my Appellate Brief in or not. CO Hall claims it costs $13.95 and that at some point they would deduct the costs from my Trust Fund account. They also refused to include the Filing Fee, telling me that I must first submit an I-60. Needless to say, the release of the $5.00 Filing Fee for the 28 U.S.C. §2254 did not get processed or mailed until June 9, 2016. Provided of course, it actually got mailed by TDCJ employees! I have no way of knowing! R. Grays told me that she mailed it to the Inmate Trust Fund and that they would mail the $5.00 Filing Fee to the Courts! I tried to mail a Complaint Affidavit to the United States District Court Last Week in my indigent envelope since the Commissary Manager Ms. Williams refuses to let me go to Commissary like everybody else in order to purchase postage stamps and stationary so I can mail my own writs to the Courts! Let me explain briefly! I tried to go to Commissary on June 4, 2016, but my money had not been placed into my Trust Fund Account yet. But that very same afternoon I was told by R. Grays and CO C. Hall that I was not indigent. When I tried to go to Stuck out Commissary on June 7, 2016 Commissary Manager Williams said No because she scanned my ID card on Monday, June 7, 2016 and Friday June, 4, 2016! On June 8, 2016 I was told by R. Grays that it was a 2nd spend and that I should be able to go to Commissary, but again Williams refused to let me go to Commissary! I never received a print out at any time, so how is that a spend? I haven't been to Commissary since May, 11, 2016 and I'm not on Restriction! I can't write to my family or to

The Courts. I will be including a copy of this Affidavit and other documents demonstrating to the Courts of the impediment to the timely filing of my Appeal (and my Access to Courts Rights. (AEDPA) of 1996 See 28 USC § 2244 (d))

I have a Fundamental right to Access to Courts See BP-03.81 of TDCJ, Texas Government Code § 8492.013 (a), 495.025, 495.102 (a)(12) See also Lewis V. Casey, 518 U.S. 343, 116 S.Ct. 2174 (1996); Ex parte Hull, 312 U.S. 546 (1941); Johnson V. Avery, 383 U.S. 483 (1969), and Bounds V. Smith, 430 U.S. 817 (1977) This right allow me to File a 42 US.C. §1983 or Bivens Claim, habeas petitions, grievances challenging the conditions of Confinement or redress, and/or to work on my Criminal Case. The right is So Fundamental and unambiguous that it requires a prison to Fund a way for you to have "meaningful" access to the Court. (Emphasis Supplied.) Prisons can do this in different ways. They can give you access to a decent Law Library OR they can hire people to help us with our cases.

The Wayne Scott Unit does Not have a decent Law library Whereas, there is in fact a plastic partition Separating prisoners from the Law books on the holding list. We first have to write out the case's we want on a tiny square piece of paper and then give that to a (SSI) Worker (inmate - building tender desguised as a trustee) with a bad attitude and rely on him to get our books. This process is very time consuming and arduous. The same could be said for their process involving Shepards and loans, I've been Waiting at or about a Week now on just two cases, I was also treated quite rudely and disrespectful in that process as well. When I requested a truck mail envelope in which to mail this Affidavit to Huntsville, Tx, Clo C. Hall actually asked to see what I was mailing and to whom I was mailing it too. Clo C. Hall gave me an old Truck mail envelope...

3.

That was already sealed, she told me to take a pencil and try to work it back open! Indeed! C/o C. Hall also refused to give me any I-60's telling they were short of supplies! Indeed! Whats next? Notwithstanding the aforesaid, but inmates are required to ascend and descend two flights of stairs several times a day at the law library, since its located on the second floor! We are also required to take a restroom break in the middle of our session, of which the restroom is located on the ground floor! I live, rather, am housed on the 3rd floor on B Wing, even though I an an American with Disabilities! see ADA; Americans with Disabilities Act of (1990) §201, 42 U.S.C. §12131; §101(9) USCA §12111(9) and the Rehabilitation Act of (1973) §504, 29 USCA §794 Whereas, you are required by Federal law to make reasonable accomodations for my disabilities, and you have not. On the contrary, your erroneous and arbitrary acts have impeded my Access to Courts! And violate my 8th Amendment rights against cruel and unusual punishment protected by the due process clause of the Fourteenth Amendment. Just like people on the outside, prisoners have a fundamental constitutional right to use the court system. This right is based on the First, Fifth and Fourteenth Amendments to the Constitution. Under the First Amendment, we have the right to petition the government for redress of grievances, and under the Fifth and Fourteenth Amendments, we have the right to "due process of law." Put together, these provisions mean that you must have the opportunity to go to court if you think your rights have been violated. The right is referred to as the "Right of Access to the Courts." Supra." (See TDCJ Policy BP-03.81 Access to Courts)

On or about June 6, 2016 the Texas Court of Criminal Appeals of Texas mailed me a Court Order in response to my previously filed Writ of Mandamus Cause No. WR-62,970-06 As according to rule 79.1 of

The Rules of Appellate Procedures, 'A motion for Rehearing must be filed within 15 days from the date of the judgment or order.' (Emphasis Supplied) Today is June 14th, 2016 and I have not been able to file any type of motions in court in a timely manner and/or not at all. I have been arbitrarily and erroneously denied the right to go to Commissary in order to, inter alia, buy Postage Stamps and Writing Supplies for at or about 35 days Now and Counting. I can't use the prison indigent Mailing System because Im not indigent, and Prison Officials know that. They are in fact deliberately impeding my Access to Courts in retaliation for filing a grievance, challenging the conditions of my confinement and for denial of Access to Courts. Furthermore, I can't even Contact the Court to determine if Prison Officials actually Mailed my Writ of Habeas Corpus and filing fee to the District Court in Galveston, Texas.

See Step 1 grievance # 2016157838 filed on 6/12/2016. See also Step 1 grievance #2016157838 Said grievances are referred to as Redundant. Theretofore, Prison Officials are well aware of Their Continual Violations of Well established rules and procedures and Statutes. See also Step 1 grievance # 2016-159305 filed on 6/13/2016, and refused as Submission in excess of 1 every 7 days. Indeed. As an aside; Its now been 36 days since I've been to Commissary with No relief in sight. I will now be forced to file a motion for Extension of Time Rule 10.5 (b) Rules of Appellate Procedures, Not only in The U.S. District Court, but also The Texas Court of Criminal Appeals. These arbitrary acts will cost the Courts and me unnecessary expense and undue delay. Effectively impeding my right of Appeal. Note: I will be forwarding at least one of the Step 1 grievances as an exhibit to the Courts in order to preserve error Step 1 # 2016158638 (but See Step 1 # 2016156248 resubmitted on 6/16/2016)

5.

The next thought I want to put into your mind and imagination is what I liken to juxtaposition. My attempts to gain access to courts and the Myth of "Sisyphus," who was decreed by the Gods to push a giant rock up a steep hill, but could never quite reach the top before the rock broke loose from his grasp and rolled back to the bottom, where he had to start all over again and again and again and again and again and again, forever. Just like the Court of Criminal Appeals telling me to re-file my Writ of Habeas Corpus Art. 11.07 back in the same court where the District Attorney "Discarded" 800 plus pages of two Writ of Habeas Corpus, two 50 page memorandum of law, and 70 exhibits. In fact, I've now re-filed the same Writ Applications (3) Three Times, counting the original filing (4 1/2 years) just like trying to go to Commissary (3) three times in order to purchase postage stamps and writing supplies. Juxtaposition, indeed. (36) days now and no Commissary yet. I don't even know if the law librarian and her coworker actually mailed my 28 U.S.C. 82254 and $5.00 filing fee to the courts last week. They refuse to provide proof that they did. Maybe Huntsville will do something to correct the problems of both Access to courts and Access to Commissary, whether they will or not is anybody's guess. Maybe the courts will require them to, who knows? Further Affiant Sayeth Not.

Wayne Scott Unit
6999 Retrieve Rd
Anghton, Tx 77515
(979)849-9306

Respectfully Submitted,

Affiant x _Michael Dean Perez_ #838827
D.O.B. 10/22/1959

Executed on this the 16th day of June 2016    (Warden O. Muniz (979)849-9306)

(Tdcs Rules PD 226)              6.

## Unsworn Declaration

I Michael Dean Perry TDCJ No. 1838827 being presently in incarcerated in the Texas Department of Criminal Justice at The Wayne Scott Unit, 6999 Retrieve Rd, Angleton, Tx 77515 Declare under penalty of perjury That The above and foregoing is True and Correct.

Executed on This the 16th day of June, 2016.

By Affiant: Michael Dean Perry TDCJ No. 1838827

## Certificate of Service

I, Michael Dean Perry TDCJ No. 1838827 do hereby Certify That a True and Correct Copy of the above and foregoing Affidavit, Unsworn Declaration and Certificate of Service have been Served by placing same in the U.S. Mail, First Class postage prepaid on This The 16th day of June, 2016.

By Affiant: Michael Dean Perry TDCJ No. 1838827

Return Service Requested: Michael Dean Perry TDCJ No. 1838827
Wayne Scott Unit
6999 Retrieve Rd
Angleton, Tx 77515

7.